ESTHER J. WILLCOX, Appellant, v. J. RICH STEERS, INC., Respondent, Impleaded with Another.—

No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.